IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| AZURE NETWORKS LLC<br><br>    Plaintiff,<br>  v.<br>ACER AMERICA CORPORATION, *ET AL.*,<br><br>    Defendants. | CIVIL ACTION NO. 6:15-CV-00018<br>LEAD CASE |
| AZURE NETWORKS LLC<br><br>    PLAINTIFF,<br>  V.<br>ZTE CORPORATION AND ZTE (USA) INC.,<br><br>    DEFENDANTS. | CIVIL ACTION NO. 6:15-CV-00029<br>LEAD CASE |

## **JOINT MOTION TO DISMISS**

WHEREAS, Plaintiff Azure Networks, LLC ("Plaintiff") and Defendant ZTE (USA) Inc. have resolved Plaintiff's claims for relief against ZTE (USA) Inc. and its affiliates, including without limitation ZTE Corporation (collectively "ZTE") asserted in this case and ZTE (USA) Inc.'s counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and ZTE, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against ZTE with prejudice and ZTE (USA) Inc.'s claims, defenses or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: August 21, 2015

Respectfully submitted,

/s Kirk Voss/
**Derek Gilliland, Attorney-in-Charge**
Texas State Bar No. 24007239
**Edward Chin**
Texas State Bar No. 50511688
**Kirk Voss**
Texas State Bar No. 24075229
**Ross Leonoudakis**
Texas State Bar No. 24087915
**Nix Patterson & Roach, L.L.P.**
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
972.831.1188 (telephone)
972.444.0716 (facsimile)
dgilliland@nixlawfirm.com
edchin@me.com
kirkvoss@me.com
rossl@nixlawfirm.com

**Eric M. Albritton**
Texas State Bar No. 00790215
ema@emafirm.com
**Michael A. Benefield**
Texas State Bar No. 24073408
mab@emafirm.com
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

**ATTORNEYS FOR PLAINTIFF
AZURE NETWORKS, LLC.**

*/s/ David A. Bailey*
Everett Upshaw
State Bar of Texas No. 24025690
everettupshaw@everettupshaw.com
David A. Bailey, Of Counsel
State Bar of Texas No. 24078177
davidbailey@everettupshaw.com

**UPSHAW PLLC**
811 S. Central Expressway, Suite 307
Richardson, Texas 75080
P: (972) 920-8000
F: (972) 920-8001

***ATTORNEYS FOR ZTE (USA) INC.***

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's electronic filing system on all counsel who have consented to electronic service on this 21st day of August, 2015.

/S/ KIRK VOSS
**NIX PATTERSON & ROACH, L.L.P.**