IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **AZURE NETWORKS, LLC,**<br><br>    **Plaintiff,**<br>V.<br><br>**ACER AMERICA CORPORATION, et al.,**<br><br>    **Defendants.** | **CASE NO. 6:15-cv-00018-RWS**<br><br>**JURY TRIAL DEMANDED**<br><br>**(LEAD CASE)** |
| **AZURE NETWORKS, LLC,**<br><br>    **Plaintiff,**<br>V.<br><br>**TOSHIBA AMERICA INFORMATION SYSTEMS, INC. and TOSHIBA CORPORATION,**<br><br>    **Defendants.** | **CASE NO. 6:15-cv-00028-RWS**<br><br>**JURY TRIAL DEMANDED**<br><br>**(CONSOLIDATED CASE)** |

**JOINT NOTICE OF MEDIATOR**

Plaintiff Azure Networks, LLC, ("Plaintiff"), and Defendants Toshiba Corporation and Toshiba America Information Systems, Inc., ("Defendants"), have conferred and agreed to select The Honorable Jeff Kaplan to mediate their matter in the above-captioned case. Judge Kaplan may be contacted at:

    JAMS
    8401 N. Central Expressway, Suite 610
    Dallas, TX 75225
    214-744-5267

Respectfully submitted this 29th day of August, 20015.

| | |
|---|---|
| */s/ Derek Gilliland* | */s/ Douglas F. Stewart* |
| **Derek Gilliland** | **Douglas F. Stewart** |
| Texas State Bar No. 24007239 | Washington State Bar No. 34068 |
| **Nix Patterson & Roach, L.L.P.** | **Jared Schuettenhelm** |
| 205 Linda Drive | Washington State Bar No. 46181 |
| Daingerfield, Texas 75638 | **Patrick J. Connolly** |
| 903.645.7333 (telephone) | Washington State Bar No. 46767 |
| 903.645.5389 (facsimile) | **BRACEWELL & GIULIANI, LLP** |
| dgilliland@nixlawfirm.com | 701 Fifth Avenue, Suite 6200 |
| | Seattle, WA 98104 |
| **Edward Chin** | Tel: 206-204-6200 |
| Texas State Bar No. 50511688 | Fax: 800-404-3970 |
| **Kirk Voss** | jared.schuettenhelm@bgllp.com |
| Texas State Bar No. 24075229 | doug.stewart@bgllp.com |
| **Ross Leonoudakis** | patrick.connolly@bgllp.com |
| Texas State Bar No. 24087915 | |
| **Nix Patterson & Roach, L.L.P.** | **Andrew W. Zeve** |
| 5215 N. O'Connor Blvd., Suite 1900 | Texas State Bar No. 24042209 |
| Irving, Texas 75039 | **Timothy R. Geiger** |
| 972.831.1188 (telephone) | Texas State Bar No. 24078552 |
| 972.444.0716 (facsimile) edchin@me.com | **BRACEWELL & GIULIANI, LLP** |
| kirkvoss@me.com rossl@nixlawfirm.com | 711 Louisiana, Suite 2300 |
| | Houston, Texas 77002 |
| **Ben King** | Tel: 713-223-2300 |
| STATE BAR NO. 24048592 | Fax: 800-404-3970 |
| **NIX PATTERSON & ROACH L.L.P.** | andrew.zeve@bgllp.com |
| 2900 St. Michael Drive, Suite 500 | tim.geiger@bgllp.com |
| Texarkana, Texas 75503 | |
| 903.223.3999 (telephone) | |
| 903.223.8520 (facsimile) | |
| benking@nixlawfirm.com | |
| | |
| **Eric M. Albritton** | |
| Texas State Bar No. 00790215 | **ATTORNEYS FOR DEFENDANTS** |
| ema@emafirm.com | **TOSHIBA CORPORATION AND** |
| **Michael A. Benefield** | **TOSHIBA AMERICA** |
| Texas State Bar No. 24073408 | **INFORMATION SYSTEMS, INC.** |
| **ALBRITTON LAW FIRM** | |
| mab@emafirm.com | |
| | |
| **ATTORNEYS FOR PLAINTIFF AZURE NETWORKS, LLC.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 29, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                         */s/  Douglas F. Stewart*
                                          Douglas F. Stewart