# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **AZURE NETWORKS, LLC,**<br><br>　　　　　**Plaintiff,**<br>　V.<br><br>**ACER AMERICA CORPORATION, et al.,**<br><br>　　　　　**Defendants.** | **CASE NO. 6:15-cv-00018-RWS**<br><br>**JURY TRIAL DEMANDED**<br><br>**(LEAD CASE)** |
| **AZURE NETWORKS, LLC,**<br><br>　　　　　**Plaintiff,**<br>　V.<br><br>**TOSHIBA AMERICA INFORMATION SYSTEMS, INC. and TOSHIBA CORPORATION,**<br><br>　　　　　**Defendants.** | **CASE NO. 6:15-cv-00028-RWS**<br><br>**JURY TRIAL DEMANDED**<br><br>**(CONSOLIDATED CASE)** |

## **ORDER**

　　It is ORDERED that The Honorable Jeff Kaplan is appointed to serve as the Mediator in the above-captioned case.